IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMAS RUBIO MONROY,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | **8:25CV74**<br><br>**JUDGMENT** |

This case came before the Court on Defendant's Motion to Dismiss for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), Filing 5, and the Court entered a Memorandum and Order granting that Motion, Filing 8. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed in its entirety.

Dated this 7th day of May, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge